In the Matter of CHRISTINA A. AGOLA, a Suspended Attorney, Appellant. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Respondent.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judges RIVERA and FAHEY taking no part.